FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 JUL 13 PM 2:06

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:22-cr-109-CEM-DCI
                                                 21 U.S.C. § 846
                                                 21 U.S.C. § 841(a)(1)

CHRISTOPHER DEWAYNE WILKINS, JR.
ANTHONY PHILLIP BRISTOL
BRITTNEY ANN PITTI
   a/k/a Brittany Ann Pitti

### INDICTMENT



The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or about February 24, 2022, and continuing through on or about June 23, 2022, in the Middle District of Florida, the defendants,

CHRISTOPHER DEWAYNE WILKINS, JR.,
ANTHONY PHILLIP BRISTOL,
and
BRITTNEY ANN PITTI,
a/k/a Brittany Ann Pitti,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance. With respect to each defendant the violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO

On or about February 24, 2022, in the Middle District of Florida, the defendants,

CHRISTOPHER DEWAYNE WILKINS JR.,
and
BRITTNEY ANN PITTI,
a/k/a Brittany Ann Pitti,

aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## COUNT THREE

On or about March 3, 2022, in the Middle District of Florida, the defendants,

CHRISTOPHER DEWAYNE WILKINS JR.,
and
BRITTNEY ANN PITTI,
a/k/a Brittany Ann Pitti,

aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## COUNT FOUR

On or about March 10, 2022, in the Middle District of Florida, the defendants,

ANTHONY PHILLIP BRISTOL,

and
BRITTNEY ANN PITTI,
a/k/a Brittany Ann Pitti,

aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## COUNT FIVE

On or about April 6, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER DEWAYNE WILKINS, JR.,

did knowingly and intentionally distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

On or about April 13, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER DEWAYNE WILKINS, JR.,

did knowingly and intentionally distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## COUNT SEVEN

On or about April 28, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER DEWAYNE WILKINS, JR.,

did knowingly and intentionally distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## COUNT EIGHT

On or about May 6, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER DEWAYNE WILKINS, JR.,

did knowingly and intentionally distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## COUNT NINE

On or about June 2, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER DEWAYNE WILKINS, JR.,

did knowingly and intentionally distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1.  The allegations contained in Counts One through Nine are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  If any of the property described above, as a result of any acts or omissions of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Beatriz Gonzalez
Assistant United States Attorney

By: _____
для Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
July 22

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER DEWAYNE WILKINS, JR.
ANTHONY PHILLIP BRISTOL
BRITTNEY ANN PITTI
a/k/a Brittany Ann Pitti

## INDICTMENT

Violations: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 13th day of July, 2022.

_____
Clerk

Bail $ _____