# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                        **Case No. 6:22-cr-109-CEM-DCI**

**BRITTNEY ANN PITTI,**

    **Defendant.**

_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Brittney Ann Pitti, in the above-styled cause.

The Clerk is requested to enter the appearance of Karla M. Reyes, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 15th day of July 2022.

                                        A. FITZGERALD HALL, ESQ.
                                        FEDERAL DEFENDER

                                        *s/Karla M. Reyes*
                                        Karla M. Reyes, Esq.
                                        Assistant Federal Defender
                                        Florida Bar No.0072652
                                        201 S. Orange Avenue, Suite 300

Orlando, FL 32801<br>
Telephone: 407-648-6338<br>
Fax: 407-648-6095<br>
E-Mail: karla_reyes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Beatriz Gonzalez, Assistant U.S. Attorney, this 15th day of July 2022.

<u>s/Karla M. Reyes</u><br>
Attorney for Defendant