UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:22-cr-109-CEM-DIC

CHRISTOPHER DEWAYNE WILKINS, JR.
ANTHONY PHILLIP BRISTOL
BRITTNEY ANN PITTI
 a/k/a Brittany Ann Pitti

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

N/A

Dated:  July 21, 2022.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Beatriz Gonzalez
BEATRIZ GONZALEZ
Assistant United States Attorney
Florida Bar No. 0084214
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Fax:   (407) 648-7643
E-mail: beatriz.gonzalez2@usdoj.gov

**U.S. v. C. D. WILKINS, JR., ET.AL.**     **Case No. 6:22-cr-109-CEM-DIC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Thomas H. Dale, Esq.
Karla M. Reyes, Esq.

/s/ *Beatriz Gonzalez*
BEATRIZ GONZALEZ
Assistant United States Attorney
Florida Bar No. 0084214
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Fax: (407) 648-7643
E-mail: beatriz.gonzalez2@usdoj.gov